IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EUGENE ANTHONY LAURENT            §

VS.                               §        CIVIL ACTION NO. 1:05cv354

UNITED STATES OF AMERICA          §

### MEMORANDUM ORDER OVERRULING MOVANT'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Movant Eugene Anthony Laurent, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this motion to vacate, set aside or correct judgment pursuant to 28 U.S.C. § 2255.

The court heretofore referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends movant's motion to vacate, set aside or correct sentence be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Movant filed objections to the magistrate judge's Report and Recommendation.  This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* Fed. R. Civ. P. 72(b).

After careful consideration, the court concludes movant's objections are without merit.  Movant has failed to show either deficient performance or prejudice concerning counsel's

performance.   Movant has failed to show his plea of guilty was entered involuntarily or unknowingly.   Accordingly, the motion to vacate, set aside or correct sentence should be denied.

<u>O R D E R</u>

Accordingly, movant's objections are **OVERRULED**.   The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.   A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the 18 day of **May, 2007.**


Thad Heartfield
United States District Judge